Adam Hubbi, CA #359827
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

*Attorneys for Plaintiff*
*Ryan and Cathryn Morgan*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN AND CATHRYN MORGAN,<br>Plaintiff,<br>v.<br>SUTTER HEALTH, ET AL.,<br>Defendant. | Case No.: 2:26-cv-01164-DJC-AC<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT SUTTER HEALTH** |

Before the Court is the Plaintiff's Motion to Extend deadline to file Notice of Voluntary Dismissal with Prejudice of Sutter Health. After careful review, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

Plaintiffs shall file the Notice of Voluntary Dismissal as to Sutter Health on or before August 14, 2026.

Dated: July 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE