Adam Hubbi, CA #359827
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (480) 613-7733
E: ahubbi@consumerjustice.com

*Attorneys for Plaintiffs*
*Ryan and Cathryn Morgan*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN AND CATHRYN MORGAN,<br>Plaintiffs,<br>v.<br>SUTTER HEALTH, and USCB AMERICA, and USCB, INC. d/b/a USCB AMERICA,<br>Defendants. | Case No.: 2:26-cv-01164-DJC-AC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT USCB, INC. d/b/a USCB AMERICA** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant USCB, and good cause appearing,

**IT IS ORDERED** is that the Stipulation **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice as to Defendant USCB.

Dated: August 14, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE